THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOUGLAS PACKING COMPANY, INC., Appellant.

(Submitted July 13, 1923; decided July 13, 1923.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 1.)